IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00176-CMA-KMT

DOUGLAS L. TROTZ,

    Plaintiff,

v.

JP MORGAN CHASE BANK, a National Association,

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Joint Stipulation of Dismissal With Prejudice (Doc. # 30), signed by the attorneys for the parties hereto, it is

ORDERED that this entire action, including all claims against the Defendant, is DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorney fees.

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, set for February 22, 2013, and the two-day Jury Trial, set to commence March 4, 2013, are VACATED.

    DATED:  January __15__, 2013

                                                 BY THE COURT:

                                                 _____
                                                 CHRISTINE M. ARGUELLO
                                                 United States District Judge